JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **GERADO MARTIN DEL CAMPO,** <br><br> Defendant. | Case No. CV 13-06726 WDK (PLAx) <br><br> **JUDGMENT** |

    The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendant Gerado Martin Del Campo, individually and doing business as Mariscos El Gringo, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

    IT IS HEREBY ORDERED AND ADJUDGED:

    1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendant Gerado Martin Del Campo, individually and doing business as Mariscos El Gringo, as follows:

    (a)    defendant Gerado Martin Del Campo, individually and doing business as Mariscos El Gringo, shall pay the plaintiff, J & J Sports Productions, Inc.,

1  $3,200.00 in total damages plus attorneys' fees in the amount of $520.00 plus
2  costs.
3
4  IT IS SO ORDERED.
5
6  IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United
7  States mail or by telefax or by email, copies of this Order on counsel in this matter.
8
9
10  Dated: September 11, 2014         *[signature]*
11
12                                   _____
                                     William Keller
13                                   United States District Judge